Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-15174 (JNP)

Thomas R. Bock, Jr.  
1202 South Fairview Street  
Delran, NJ  08075

Monthly Payment: $612.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/04/2023 | $116.00 | 01/09/2023 | $116.00 | 01/17/2023 | $116.00 | 01/24/2023 | $116.00 |
| 01/30/2023 | $116.00 | 02/07/2023 | $116.00 | 02/14/2023 | $116.00 | 02/21/2023 | $116.00 |
| 02/27/2023 | $116.00 | 03/07/2023 | $116.00 | 03/14/2023 | $116.00 | 03/20/2023 | $116.00 |
| 03/27/2023 | $116.00 | 04/04/2023 | $116.00 | 04/11/2023 | $116.00 | 04/18/2023 | $116.00 |
| 04/25/2023 | $116.00 | 05/02/2023 | $142.00 | 05/16/2023 | $142.00 | 05/16/2023 | $142.00 |
| 05/23/2023 | $142.00 | 05/31/2023 | $142.00 | 06/09/2023 | $142.00 | 06/13/2023 | $142.00 |
| 06/21/2023 | $142.00 | 06/27/2023 | $142.00 | 07/05/2023 | $142.00 | 07/11/2023 | $142.00 |
| 07/18/2023 | $142.00 | 07/25/2023 | $142.00 | 08/01/2023 | $142.00 | 08/08/2023 | $142.00 |
| 08/15/2023 | $142.00 | 08/22/2023 | $142.00 | 08/29/2023 | $142.00 | 09/06/2023 | $142.00 |
| 09/12/2023 | $142.00 | 09/19/2023 | $142.00 | 09/26/2023 | $142.00 | 10/03/2023 | $142.00 |
| 10/11/2023 | $142.00 | 10/17/2023 | $142.00 | 10/24/2023 | $142.00 | 10/31/2023 | $142.00 |
| 11/07/2023 | $142.00 | 11/14/2023 | $142.00 | 11/21/2023 | $142.00 | 11/28/2023 | $142.00 |
| 12/04/2023 | $142.00 | 12/14/2023 | $142.00 | 12/19/2023 | $142.00 | 12/27/2023 | $142.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | THOMAS R. BOCK, JR. | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | MC DOWELL LAW, PC | 13 | $4,120.00 | $4,120.00 | $0.00 | $2,102.98 |
| 0 | MC DOWELL LAW, PC | 13 | $800.00 | $800.00 | $0.00 | $800.00 |
| 1 | AMERICAN INFOSOURCE LP | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | ANDREW S. VIOLA, ESQUIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | APEX ASSET MANAGEMENT, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | APEX ASSET MANAGEMENT, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | BANK OF AMERICA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | BURLINGTON COUNTY PROBATION DEPT. | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | C2E LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | COMCAST | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | CAINE & WEINER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE, N.A. | 33 | $712.06 | $0.00 | $712.06 | $0.00 |
| 11 | CAPITAL ONE AUTO FINANCE | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | CITIZENS BANK | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | CONVERGENT OUTSOURCING, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | CREDIT BUREAU SERVICES ASSOCIATION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | LVNV FUNDING, LLC | 33 | $875.39 | $0.00 | $875.39 | $0.00 |
| 16 | DELANCO TWP. MUNICIPAL COURT | 33 | $233.00 | $0.00 | $233.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 17 | DELAWARE RIVER & BAY AUTHORITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | EMERG PHY ASSOC OF S.JERSEY,PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | EASTERN ACCOUNT SYSTEM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 20 | EASTERN REVENUE, INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | ENHANCED RECOVERY CO. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | EQUIFAX INFORMATION SERVICES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | EXPERIAN | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | FBCS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | FINANCIAL ASSET MANAGEMENT SYSTEMS INC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | FINANCIAL DATA SYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | FINANCIAL RECOVERIES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | FINGERHUT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | PREMIER BANKCARD, LLC | 33 | $773.92 | $0.00 | $773.92 | $0.00 |
| 30 | FLORENCE TWP. MUNICIPAL COURT | 33 | $7,480.00 | $0.00 | $7,480.00 | $0.00 |
| 31 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $811.69 | $0.00 | $811.69 | $0.00 |
| 32 | GLOUCESTER TOWNSHIP MUNICIPAL COURT | 33 | $4,788.38 | $0.00 | $4,788.38 | $0.00 |
| 33 | GRANT J ROBINSON | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 34 | HAINESPORT ENTERPRISES, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 35 | DEPARTMENT OF THE TREASURY | 28 | $5,341.74 | $3,091.01 | $2,250.73 | $3,091.01 |
| 36 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,367.57 | $0.00 | $1,367.57 | $0.00 |
| 37 | JEFFERSON CAPITAL SYSTEMS, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | LEE S. DENNISON, PC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 39 | LINEBARGER GOGGAIN BLAIR & SAMPSON LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 40 | NJFSPC | 15 | $0.00 | $0.00 | $0.00 | $0.00 |
| 41 | MIDLAND CREDIT MANAGEMENT, INC. | 33 | $928.94 | $0.00 | $928.94 | $0.00 |
| 42 | MIDWEST RECOVERY SYSTEMS | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 43 | MONTGOMERY COUNTY | 33 | $7,272.91 | $0.00 | $7,272.91 | $0.00 |
| 44 | NEW JERSEY TURNPIKE AUTHORITY | 33 | $2,895.35 | $0.00 | $2,895.35 | $0.00 |
| 45 | NJ SURCHARGE VIOLATION OFFICE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 46 | NJ TURNPIKE AUTHORITY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 47 | O'NEILL/RICKERSHAUSER PROPERTIES, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 48 | OFFICE OF THE PUBLIC DEFENDER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 49 | PENNSYLVANIA TURNPIKE COMMISSION | 33 | $659.56 | $0.00 | $659.56 | $0.00 |
| 50 | PSE&G | 33 | $6,467.30 | $0.00 | $6,467.30 | $0.00 |
| 51 | PATIENT FIRST C/O REVIEVABLES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 52 | QUALITY ASSET RECOVERY, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 53 | RADIOLOGY ASSOCIATES | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 54 | RAYMOND J. NOONAN, ESQ. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 55 | REMEX INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 56 | STATE OF NJ SURCHARGE VIOLATION SYSTEM | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 57 | STATE OF NEW JERSEY | 28 | $293.48 | $169.83 | $123.65 | $169.83 |
| 58 | SUPERIOR COURT OF NEW JERSEY | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 59 | SUPERIOR COURT OF NEW JERSEY, | 33 | $1,393.92 | $0.00 | $1,393.92 | $0.00 |
| 60 | T MOBILE/T-MOBILE USA, INC. | 33 | $1,319.47 | $0.00 | $1,319.47 | $0.00 |
| 61 | TARGET NB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 62 | TBOM/ATLS/ASPIRE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 63 | TOTAL VISA/THE BANK OF MISSOURI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 64 | TRANSUNION | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 65 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 66 | JEFFERSON CAPITAL SYSTEMS, LLC | 33 | $1,367.57 | $0.00 | $1,367.57 | $0.00 |
| 67 | VIRTUA HEALTH | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 68 | WATERFORD TWP. MUNICIPAL COURT | 33 | $178.00 | $0.00 | $178.00 | $0.00 |
| 69 | WELLS FARGO BANK, N.A. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 3 of 3

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 22-15174 (JNP)

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 70 | WESTLAKE FINANCIAL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 71 | Y-BY RENTAL CENTER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 72 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 73 | THOMAS G. EGNER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 74 | THOMAS R BOCK JR. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 75 | DEPARTMENT OF THE TREASURY | 33 | $26,265.92 | $0.00 | $26,265.92 | $0.00 |
| 76 | PREMIER BANKCARD, LLC | 33 | $1,113.50 | $0.00 | $1,113.50 | $0.00 |
| 77 | STATE OF NEW JERSEY | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 78 | CITY OF PHILADELPHIA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 79 | GLOUCESTER TOWNSHIP MUNICIPAL COURT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 07/01/2022 | 8.00 | $0.00 |
| 03/01/2023 | Paid to Date | $4,292.00 |
| 04/01/2023 | 51.00 | $612.00 |
| 07/01/2027 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,942.00 |
| Total paid to creditors this period: | $6,163.82 |
| Undistributed Funds on Hand: | $641.85 |
| Arrearages: | $686.00 |
| Attorney: | MC DOWELL LAW, PC |

THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.